UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 21-8496-DMG (JEMx) | Date | January 18, 2022 |
|---|---|---|---|
| Title | *John Ho v. May Ku* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On December 13, 2021, the Court issued an Order setting a Scheduling Conference in this case [Doc. # 13]. That Order required the parties to file a Joint Rule 26(f) Report and warned that "[t]he failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." Id. at 4.

On January 18, 2022, Plaintiff filed a unilateral Rule 26(f) report. Defendant is ordered to show cause, in a written response filed by no later than **January 25, 2022,** why sanctions should not be imposed for his failure to cooperate in the filing of the joint report. Failure to timely file a written response to this Order will result in the striking of Defendant's Answer and entry of default. The filing of a proper **Joint** Rule 26(f) Report by the above deadline will be deemed an adequate response.

The January 28, 2022 Scheduling Conference is VACATED and will be rescheduled if necessary.]

IT IS SO ORDERED.