JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>MAY KU, in her individual capacity and as trustee of the KU FAMILY TRUST<br><br>        Defendants. | Case No.: CV 21-8496-DMG (JEMx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [23]** |

1
2
3
4
5
6

    Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED with prejudice. Each party shall bear his or its own costs and attorney's fees. All scheduled dates and deadlines are VACATED. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

7 IT IS SO ORDERED.

8 DATED: March 21, 2022

9                                          DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28